UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Darla Angelle                                    Civil Action No. 11-cv-2053

versus                                           Judge Tucker L. Melançon

Michael J. Astrue,                               Magistrate Judge Hanna
Commissioner of Social Security

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct, and therefore adopts the findings of fact and conclusions of law set out therein as its own.  Accordingly, it is

**ORDERED** that this case should be **REMANDED** for consideration of the additional, material evidence set out in the Report and Recommendation and for other appropriate action by the Commissioner.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 27th day of December, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE